FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 23 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

STEPHEN NICHOLAS,

    Debtor.

U.S.D.C. 11 Civ. 5230 (BMC)

(Chapter 13 Case No.: 07-73330-dem)

------------------------------------------------------------X

STEPHEN NICHOLAS,

    Plaintiff,

-against-

MATTHEW E. OREN,

    Defendant.

Adv. Pro. No. 07-8222-dem

------------------------------------------------------------X

MATTHEW E. OREN,

    Plaintiff,

-against-

HARVEY BERNSTEIN, STEPHEN
NICHOLAS, THE LAW OFFICES OF
AVRUM J. ROSEN, PLLC, AVRUM J.
ROSEN, ESQ., FRED S. KANTROW, ESQ.,
and ALLAN KATZ, ESQ.,

    Defendants.

Adv. Pro. No. 1-11-01026-cec

------------------------------------------------------------X

## ORDER

Before me is an appeal from all orders, judgments and/or decrees of the Bankruptcy Court for the Eastern District of New York in the above captioned cases, including those

dismissing the complaint of *pro se* appellant Matthew Oren, holding Oren in contempt for violating the discharge granted to appellee Stephen Nicholas after confirmation of Nicholas's Chapter 13 plan, and awarding punitive damages and attorneys' fees to Nicholas. The appeal was docketed on October 26, 2011, and this Court ordered appellant to file his brief by November 10, 2011 pursuant to Federal Rule of Bankruptcy Procedure 8009. Appellant has failed to comply with the Court's Order and with Rule 8009. In accordance with the considerations set forth in Balaber-Strauss v. Reichard (In re Tampa Chain Co.), 835 F.2d 54, 55 (2d Cir. 1987) (per curiam), appellant's appeal is hereby DISMISSED.

**SO ORDERED.**

U.S.D.J.

Dated: Brooklyn, New York
November 22, 2011